[No. 3834–3–III.   Division Three.   July 7, 1981.]

ROLAND SLOAN, *Appellant,* v. ENTIAT SCHOOL
DISTRICT NO. 127, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 32845, Charles W. Cone, J., entered
February 21, 1980. *Reversed* and *remanded* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Munson, JJ.

[No. 5557–II.   Division Two.   July 8, 1981.]

*In the Matter of the Personal Restraint of*
JOHN M. BEAVAN, *Petitioner.*

Petition for relief from personal restraint. *Remanded
with instructions* by unpublished per curiam opinion.

[No. 3610–3–III.   Division Three.   July 9, 1981.]

HEATH NORTHWEST, INC., *Respondent,* v. JACK M.
KEELS, ET AL, *Appellants,* U–MARK–IT
FOOD, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–2–00396–5, Blaine Hopp, Jr., J.,
entered September 12, 1979. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred in by Munson and
Roe, JJ.

[No. 3772–0–III.   Division Three.   July 9, 1981.]

SELAH SCHOOL DISTRICT NO. 119, *Respondent,* v. WYLIE
G. MILLS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 79–2–00971–6, Harry Hazel, J. Pro
Tem., entered December 14, 1979. *Affirmed* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Munson, JJ.